ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of $175.27, in which event judgment, as so modified, affirmed, without costs. Settle order on notice.

In re BRITTON. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the application of Willis N. Britton to lay out a highway. No opinion. Motion granted, and appeal dismissed, with costs.

BROADWAY APARTMENT REALTY CO., Appellant, v. RICKERT-FINLEY REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Broadway Apartment Realty Company against the Rickert-Finley Realty Company and another. J. M. Lesser, of New York City, for appellant. G. E. Blackwell, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 528.

BROCK, Respondent, v. KINEMACOLOR CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Henry J. Brock against the Kinemacolor Company of America. O. A. Decker, of New York City, for appellant. F. F. Neuman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BROLESKI v. NICHOLS COPPER CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Sophie Broleski for compensation for herself and children for the death of Joseph Broleski, under the Workmen's Compensation Law (Consol. Laws, c. 67), against the Nichols Copper Company, employer, and the Employers' Liability Assurance Corporation, Limited, insurance carrier. No opinion. Award unanimously affirmed.

BROOKLYN STRUCTURAL STEEL CO. v. LECHTMAN et al. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by the Brooklyn Structural Steel Company against Abraham Lechtman and another. No opinion. Application denied, with $10 costs. Order signed. See, also, 155 N. Y. Supp. 220.

BROWN, Appellant, v. D. C. DOMINICK CO. et al., Respondents. (2 cases.) (Supreme Court, Appellate Division, First Department. October 15, 1915.) Actions by Andrew J. Brown against D. C. Dominick Company and others. A. A. Henning, of New York City, for appellant. A. H. P. Seeger, of Newburgh, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 154 N. Y. Supp. 1113.

BROWN, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Andrew J. Brown against Orville Thompson. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1108.

BROWNSTEIN, Respondent, v. SUSSMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Philip Brownstein against Benjamin Sussman. O. D. Parker of New York City, for appellant. B. Reass, of Brooklyn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRYANT v. BRYANT. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Frederick F. Bryant against Louise P. Bryant. No opinion. Motion to dismiss appeal granted. Order filed.

BUCHHOLTZ, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Trial Term, New York County. Action by Adolph Buchholtz against the Bradley Contracting Company. From a judgment for plaintiff defendant appeals. Reversed. Frederick L. C. Keating, of New York City, for appellant. Henry S. Mansfield, of New York City, for respondent.

PER CURIAM. The finding of the jury that the defendant was guilty of negligence is without evidence to sustain it. That finding is therefore reversed, the judgment and order appealed from are reversed, with costs, and the complaint dismissed, with costs. Order filed.

BUELL, Respondent, v. KIRBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Ward S. Buell against Lavina Kirby.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate that the verdict may be reduced by the sum of $39 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

BUTTERICK PUB. CO. v. MISTROT-MUNN CO. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by the Butterick Publishing Company against Mistrot-Munn Company. No opinion. Motion for leave to go to the Court of Appeals granted; question certified. Order filed. See, also, 154 App. Div. 887, 138 N. Y. Supp. 1109; 167 App. Div. 632, 153 N. Y. Supp. 61.

CAHILL, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by David Cahill against the Star Company. M. De Witt, of New York City, for appellant. D. Cahill, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.